UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTOPHER NIELSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:14-cv-00300-JAW |
| | ) | |
| MAINE UNEMPLOYMENT INSURANCE COMMISSION, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed October 29, 2014, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss (ECF No. 5) be and hereby is GRANTED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of November, 2014